IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON HAYES,

    Plaintiff,

v.      3:13-CV-00657
     (JUDGE MARIANI)

BOROUGH OF SHENANDOAH, et al.,

    Defendants.

## ORDER

**AND NOW, THIS 16TH DAY OF JANUARY, 2014**, in accordance with the Court's Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Reports and Recommendations (Docs. 25; 26) are **ADOPTED**.

2. Plaintiff's Objections (Docs. 27; 28) are **OVERRULED**.

3. The Motions to Dismiss (Docs. 11; 19) are **GRANTED**.

4. Plaintiff's Complaint is **DISMISSED** without leave to amend.

5. The Clerk of Court is **DIRECTED** to close the case.

Robert D. Mariani
United States District Judge